IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

DOUGLAS L. HUGHES                                                                              PLAINTIFF

    v.                              Civil No. 6:13-cv-06084

SHERIFF ED HOLLINGSWORTH;
and SERGEANT AMY MARTIN                                                              DEFENDANT

## ORDER

Plaintiff has filed a motion for protective order (ECF No. 24). He indicates that he is concerned that Defendants will destroy records important to his case. The motion (ECF No. 24) is **DENIED.** Defendants are represented by counsel who, as officers of the Court, will ensure that no relevant records are destroyed.

Plaintiff also asks if he will need to sign releases for his medical records and provide the releases to the Court. Defendants, if they have not already done so, will ask for signed medical releases from the Plaintiff. As Plaintiff put his health at issue in this case, Defendants are entitled to review his records. The releases are not provided to the Court.

The Defendants are directed to file a summary judgment motion by **May 30, 2014.** Once the motion is filed, Plaintiff will be asked to verify his receipt of the motion and notify the Court of how he intends to respond.

IT IS SO ORDERED this 5th day of March 2014.

                                              /s/ Barry A. Bryant
                                              HON. BARRY A. BRYANT
                                              UNITED STATES MAGISTRATE JUDGE