UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

DOUGLAS L. HUGHES                                                                                      PLAINTIFF

v.                                           Civil No. 6:13-CV-6084

SHERIFF ED HOLLINGSWORTH
and SERGEANT AMY MARTIN                                                                    DEFENDANTS

## JUDGMENT

For the reasons stated in the Memorandum Opinion of this date, Plaintiff's Complaint (ECF Nos. 1, 14 ) is hereby **DISMISSED** without prejudice.

**IT IS SO ORDERED this 4th day of March 2015.**

/s/ Barry A. Bryant

HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE